**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Jonathon Faul
Plaintiff,
v.
Tegna Inc., et al.
Defendant.

Case No.: 1:25−cv−12161
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing called on 1/6/2026. Counsel did not appear on the hearing. There is no evidence of service of process on the docket and no record of activity. This case is dismissed without prejudice for want of prosecution. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.